# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
**Yasmin Rosario**

AKA: Yasmin Santos

IAE   YOB: 1975
Dominican Republic

## CRIMINAL COMPLAINT

Case Number:   M-25-0169-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **January 24, 2025** in **Starr** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Dominican Republic in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Yasmin Rosario was encountered by Border Patrol Agents near Roma, Texas, on January 24, 2025. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 24, 2025, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 30, 2008, through New York, New York. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA A. McColgan

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 26, 2025   @ 9:40 a.m.

/s/   Juan Mendez-Soto
Signature of Complainant
Juan Mendez-Soto

Juan F. Alanis   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer